IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 16, 2008

Charles R. Fulbruge III
Clerk

No. 07-60671

DONAL MCLEAN SNYDER, III; DONAL MCLEAN SNYDER, JR.; PAM
SNYDER

Plaintiffs-Appellants

v.

UNITED STATES OF AMERICA

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:04-CV-627

Before JOLLY, BARKSDALE and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Snyder family appeals the district court's dismissal for want of subject matter jurisdiction of their lawsuit against the United States. Premising jurisdiction on the Federal Tort Claims Act, the Snyders brought various tort claims against the United States based upon its alleged misconduct in disposing of waste at a Marine Corps base in the early 1970s. 28 U.S.C. § 1346(b)(2006) We have carefully reviewed the parties' briefs and the pertinent portions of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record.  The district judge entered a thorough and thoughtful opinion styled as an Order and Reasons Dismissing Case for Lack of Subject Matter Jurisdiction. Essentially for the reasons stated by the district court, the judgment of the district court is AFFIRMED.